## OFFICE OF THE FEDERAL DEFENDER
### EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

*Quin Denvir*
*Federal Defender*

*Daniel J. Broderick*
*Chief Assistant Defender*

June 15, 2005

Mr. Michael B. Bigelow
Attorney at Law
428 J Street, #350
Sacramento, CA 95814



FILED
JUN 1 5 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Re:  **Charles Martin v. S.L. Hubbard**
Civ.S-99-223-WBS/GGH

Dear Mr. Bigelow:

This will confirm your appointment as counsel by the Honorable Gregory G. Hollows, U.S. Magistrate Judge, to represent the above-named appellant. You are attorney of record until such time as you are relieved or other action is taken to appoint a different attorney.

Enclosed is CJA 20 form, your Order of Appointment and Voucher for services rendered. Also enclosed is an instruction sheet discussing the use of the forms, together with sample forms for reporting court time. This will also provide a uniformity in the way attorneys report their time and services rendered.

If we may be of any further assistance regarding the processing of the enclosed form, preparation of form CJA 21 for expert services, or in reference to any other matter pertaining to this case, please feel free to call upon us at any time.

Very truly yours,

CYNTHIA L. COMPTON
CJA Panel Administrator

:clc
Enclosures

cc:  Clerk's Office
     Ninth Circuit Court of Appeals

| | | | | | |
|---|---|---|---|---|---|
| 1. CIR./DIST./DIV. CODE<br>09C | 2. PERSON REPRESENTED<br>Martin, Charles | | | | VOUCHER NUMBER |
| 3. MAG. DKT./DEF. NUMBER | | 4. DIST. DKT./DEF. NUMBER<br>Civ.S-99-223-WBS/GGH | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>Martin v. S.L. Hubbard | | 8. PAYMENT CATEGORY<br>Appeal | 9. TYPE PERSON REPRESENTED<br>Appellant | | 10. REPRESENTATION TYPE<br>CA |

11. OFFENSE(S) CHARGED

Appeal from the denial of a habeas corpus

12. ATTORNEY'S NAME AND MAILING ADDRESS

Michael B. Bigelow, Esq.
428 J Street, #350
Sacramento, CA 95814

Telephone Number: (916) 443-0217

13. COURT ORDER

GREGORY G. HOLLOWS

June 14, 2000    2/22/05

| | CATEGORIES | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. In Court | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 90 ) TOTALS: | | | | | |
| 16. Out of Court | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work | | | | | |
| | (Rate per hour = $ 90 ) TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM _____ TO _____

20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION

21. CASE DISPOSITION

22. CLAIM STATUS

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR/CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) | | | DATE | 34a. JUDGE CODE |

MICHAEL B. BIGELOW
Attorney at Law
State Bar No. 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Petitioner
John Charles Martin

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MARTIN | NO. Civ. S-99-223 WBS GGH P |
| Petitioner, | |
| v. | **NOTICE OF APPEAL** |
| S.L. HUBBARD | |
| Respondent. | |

NOTICE is hereby given that petitioner, Charles Martin appeals to the United States Court of Appeals for the Ninth Circuit from the order and judgment of the district court entered on March 11, 2005.

Mr. Martin also requests this Court issue a certificate of appealability which will be filed separately.

///
///

1

1 | See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

2 | DATED: March 22, 2005 Respectfully submitted,

```
                                    /S/
                            _____
                            Michael B. Bigelow
                            Attorney for Defendant/Appellant
```

```
 1  MICHAEL B. BIGELOW
    Attorney at Law
    State Bar No. 65211
 2  428 J Street, Suite 350
    Sacramento, California 95814
 3  Telephone: (916) 443-0217

 4  Attorney for Petitioner
    John Charles Martin

 5

 6
                    IN THE UNITED STATES DISTRICT COURT
 7
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
 8

 9  CHARLES MARTIN              )  NO.  Civ. S-99-223 WBS GGH P
                                )
10             Petitioner,      )
                                )  ORDER (PROPOSED)
11       v.                     )
                                )
12  S.L. HUBBARD                )
                                )
13             Respondent.      )
                                )
14  _____  )
```

15    Under authority of Title 28, United States Code, section

16 2253(c) and Federal Rule of Appellate Procedure 22(b)(1), the

17 Court hereby certifies that there is cause for an appeal in the

18 above-entitled case. Accordingly, a certificate of

19 appealability is hereby granted as to the following issues: 1)

20 Whether the petitioner was procedurally defaulted as to Claims

21 3-6 of the Fourth Amended Complaint pursuant to *In re Clark*, 5

22 Cal.4th 750 (1993); 2) Whether petitioner was denied his Sixth

23 Amendment right to effective assistance of counsel due to

24 counsel's failure to investigate witnesses and object to the

25

1

admissibility of inadmissible evidence as alleged in Claims 3 and 4; 3) Whether petitioner was denied his right to due process under the Fifth and Fourteenth Amendments to the U.S. Constitution when he was deprived of his right to be present at every critical stage of the trial proceedings when his trial counsel agreed, without his consent to a play back of the recorded interview in his absence, as alleged in Claim 5; 4) Whether petitioner was denied his right to due process under the Fifth, Sixth and Fourteenth Amendments to the U.S. Constitution, and the laws of the State of California, specifically his rights to due process, to the effective assistance of counsel on appeal when his appellate counsel unreasonably and prejudicially failed to raise issues apparent from the appellate record and from the facts reasonably available to counsel, and to present them to the Court of Appeal or California Supreme Court post-conviction proceedings, as alleged in Claim 6.

**IT IS SO ORDERED**

March 23, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE