IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES MARTIN,

      Petitioner,                 No. CIV S-99-0223 WBS GGH P

     vs.

S.L. HUBBARD, et al.,

      Respondents.         <u>ORDER</u>

/

       In accordance with the Ninth Circuit's mandate remanding this matter, respondent is directed to file a response to those issues which remain, Claims 3, 4, and two of the three subparts of Claim 6, of the Fourth Amended Petition, within 60 days. If respondent's response is in the form of an answer, petitioner must file any reply (traverse) within 45 days of the filing of the answer; if it is in the form of a motion, the opposition is due within 45 days of the filing thereof. If an opposition is filed to a motion, any reply by respondent is due within 30 days thereafter.

       IT IS SO ORDERED.

DATED: 10/5/06                               /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:009/mart0223.rmd