IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES MARTIN,

      Petitioner,               No. CIV S-99-0223 WBS GGH P

    vs.

S.L. HUBBARD, Warden,

      Respondent.          <u>ORDER</u>

_____/

        On March 29, 2007, respondent filed a request for an extension of time to file a response to the remaining claims of the fourth amended petition, pursuant to the court's order, filed on February 5, 2007. Although respondent's counsel did file a proposed order in .pdf format, no proposed order was sent via email in accordance with the requirements of E. D. Local Rule 5-137(b). The court will not consider any request not in compliance with the local rules.[1]

        IT IS SO ORDERED.

DATED: 4/18/07                         /s/ Gregory G. Hollows

                                              GREGORY G. HOLLOWS
                                              UNITED STATES MAGISTRATE JUDGE

GGH:009
mart0223.lcr

---

   [1] The court notes that a subsequent filing by petitioner indicates that the request is unopposed which respondent may note in any proposed order emailed to the court.