IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES W. MARTIN,** | CIV S-99-0223 WBS GGH P |
| Petitioner, | **ORDER** |
| **v.** | |
| **SUZAN HUBBARD, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's request for a 45-day extension of time is granted. A response to the remaining claims of the Fourth Amended Petition is now due on or before May 21, 2007.

Dated: 4/23/07                    /s/ Gregory G. Hollows

_____
Honorable Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

mart0223.po

[Proposed] Order

1