IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES W. MARTIN,** | CIV S-99-0223 WBS GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **SUZAN HUBBARD, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's second request for an enlargement of time is granted. A response to the petition for writ of habeas corpus shall be filed on or before July 5, 2007.

Dated: 5/17/07        /s/ Gregory G. Hollows
                                  _____
                                  The Honorable Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

mart0223.po2

[Proposed] Order

1