IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES W. MARTIN,<br><br>                              Petitioner,<br><br>     v.<br><br>SUZAN HUBBARD, Warden,<br><br>                              Respondent. | CIV S-99-0223 WBS GGH P<br><br>**ORDER** |

GOOD CAUSE APPEARING,

IT IS ORDERED that Respondent's final request for a 45-day enlargement of time is granted. An answer to the petition for writ of habeas corpus shall be filed on or before August 19, 2007. No further extension.

Dated: 7/9/07                              /s/ Gregory G. Hollows

                                                               _____
                                                                The Honorable Gregory G. Hollows
                                                                UNITED STATES MAGISTRATE JUDGE

mart0223.po3

[Proposed] Order

1