IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES W. MARTIN,**<br><br>                                        Petitioner,<br><br>         v.<br><br>**SUZAN HUBBARD, Warden,**<br><br>                                        Respondent. | CIV S-99-0223 WBS GGH P<br><br>**ORDER** |

     Although this constitutes a fourth request for an extension of time and the court previously stated there would be no further extension, respondent seeks a further two-week extension based on arguably exigent circumstances, and petitioner has expressly stated that he does not oppose the request.

     IT IS ORDERED that Respondent's request for an enlargement of time is granted. The response to the petition for writ of habeas corpus shall be filed on or before September 2, 2007. No further extension.

Dated: 8/16/07                    /s/ Gregory G. Hollows

                                  _____
                                  The Honorable Gregory G. Hollows
                                  UNITED STATES MAGISTRATE JUDGE

mart0223.po4

[Proposed] Order

1