**MICHAEL B. BIGELOW, SB #65211**
**ATTORNEY AT LAW**
428 J. Street, Suite 350
Sacramento, CA 95814
Telephone: 916/443-0217
FAX: 916/447-2988

Attorney for Defendant
Charles Martin

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MARTIN, </br></br>           Petitioner, </br></br>   vs. </br></br> S.L. HUBBARD, et., al. </br></br>           Respondent | No. CIV S-99-223 WBS/GGH P </br></br> STIPULATION AND ORDER TO CONTINUE HEARING </br></br> Date:  February 21, 2008 </br> Court: GGH </br> Time:  10:00 AM |

The parties hereby stipulate and agree that hearing in this matter, presently set for January 10, 2008 at 10:00 AM, is continued to February 21, 2008 at 10:00 AM.

IT IS SO STIPULATED:

Dated: January 2, 2008        /S/MICHAEL B. BIGELOW
                              Michael B. Bigelow
                              Attorney for Petitioner

Dated: January 2, 2008        /S/TODD MARSHALL
                              Todd Marshall
                              Deputy Attorney General
                              Attorney for Respondent

Stipulation and Order - 1

ORDER

IT IS ORDERED that pursuant to stipulation between the parties, hearing on respondent's motion is continued to February 21, 2008.

Dated: 01/08/08          /s/ Gregory G. Hollows
                         _____
                         Honorable Gregory G. Hollows
                         United States Magistrate Judge

mart0223.stp