IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES W. MARTIN,

    Petitioner,                      No. CIV S-99-0223 WBS GGH P

    vs.

JAMES WALKER, Warden,

    Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 10, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Petitioner has filed objections to the findings and recommendations, and respondent has filed a response to the objections.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire

\\\\\

1

1  file, the court finds the findings and recommendations to be supported by the record and by
2  proper analysis.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1. The findings and recommendations filed March 10, 2008, are adopted in full;
5  and
6          2. The California timeliness bar as set forth in *inter alia* Clark/Robbins is clearly
7  defined, well established and consistently applied. The claims remanded to this court for further
8  analysis of the Clark/Robbins timeliness bar are dismissed. Respondent's motion to dismiss
9  (docket #98) is granted; there being no undismissed claims, the action is dismissed in its entirety.
10 DATED: March 27, 2008

                      _/s/ William B. Shubb_
                      WILLIAM B. SHUBB
                      UNITED STATES DISTRICT JUDGE

16 /mart0223.805