IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES W. MARTIN,

     Petitioner,                   No. CIV S-99-0223 WBS GGH P

    vs.

JAMES WALKER, Warden,

     Respondent.            ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 28, 2008, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The certificate of appealability must "indicate which specific issue or issues satisfy" the requirement. 28 U.S.C. § 2253(c)(3).

        A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford,

1

290 F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]

Petitioner has made a substantial showing of the imposition of a procedural default in the following issue presented in the instant petition: whether the burden has been met in proving that California's timeliness bar as set forth in, inter alia, <u>Clark/Robbins</u> is clearly defined, well-established and consistently applied.

Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED:  April 1, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/mart0223.830.grt

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause. <u>Jennings</u>, at 1010.

2