IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES MARTIN,

    Petitioner,                    No. CIV S-99-0223 WBS GGH P

    vs.

S.L. HUBBARD, et al.,

    Respondents.              <u>ORDER</u>

/

        In accordance with the Ninth Circuit's mandate, in a decision filed in the Ninth Circuit on November 20, 2009 (<u>see</u> docket # 119), reversing the district court's judgment and remanding this matter for a decision on the merits, respondent is directed to file an answer within 60 days to those issues which remain in the fourth amended petition: claims 3, 4, and subparts two and three of Claim 6. Petitioner must file any reply/traverse within 45 days of the filing/service of the answer.

        IT IS SO ORDERED.

DATED: December 1, 2009                /s/ Gregory G. Hollows

                                            GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE

GGH:009
mart0223.rmd2