IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES MARTIN,

    Petitioner,                      No. CIV S-99-0223 WBS GGH P

    vs.

JAMES WALKER, et al.,

    Respondents.                <u>ORDER</u>

_____/

        It has come to the court's attention that respondent is seeking a writ of certiorari. The parties shall, within twenty-one days, inform the undersigned of the status of this application and also make clear whether they are seeking a temporary stay of proceedings in the district court.

        IT IS SO ORDERED.

DATED: April 27, 2010                    /s/ Gregory G. Hollows

                                                  UNITED STATES MAGISTRATE JUDGE

GGH:009
mart0223.ord

1