IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES MARTIN,

        Petitioner,             No. CIV S-99-0223 WBS GGH P

   vs.

S.L. HUBBARD, et al.,

        Respondent.        ORDER

_____/

        On May 10, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

\\\\\
\\\\\
\\\\\
\\\\\

1

1. The findings and recommendations filed May 10, 2010, are adopted in full; and

2. A temporary stay of proceedings in this court is granted pending the outcome of respondent's petition for writ of certiorari before the United States Supreme Court.

DATED: June 23, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/mart0223.801

2