IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES MARTIN,

    Petitioner,               No. CIV S-99-0223 WBS GGH P

    vs.

S.L. HUBBARD, et al.,

    Respondents.            ORDER

_____/

       A temporary stay was imposed in this matter on June 24, 2010, pending the outcome of respondent's petition for writ of certiorari before the United States Supreme Court. See Order at docket # 125. In light of the Supreme Court's subsequent reversal of the Ninth Circuit judgment, petitioner must show cause, within ten days, why this case should not be closed. See Walker v. Martin, ___ U.S.___, 131 S. Ct. 1120 (Feb. 23, 2011).

DATED: May 23, 2011

                                        /s/ Gregory G. Hollows

                                      GREGORY G. HOLLOWS
                                      UNITED STATES MAGISTRATE JUDGE

GGH:009
mart0223.ord